

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

In Re: Purported Mechanical and      §          No. 08-16-00291-CV
Materialman's Lien Claim of Lien Against
Pellicano Business Park, L.L.C.,       §          Appeal from the

        Appellant.          §          County Court at Law No. 7

                            §          of El Paso County, Texas

                            §          (TC# 2012-DCV06341)

                            §

**O R D E R**

Appellant's brief was due to be filed on November 9, 2017.  The Court has previously granted Appellant five extensions of time in which to file her brief.  The Court notified Appellant that the most recent extension was final and informed her that no further extension motions would be considered.  Despite that warning, Appellant has filed a sixth extension motion, and she further requests that the record be supplemented with the reporter's record of a contempt hearing held on June 6, 2016.  Appellant previously requested preparation of the transcriptions for contempt hearings held on June 3, 2016, June 6, 2016, October 5, 2016, and October 18, 2016.  In an order dated March 15, 2017, the Court ordered that the court reporter was not required to prepare and file the records from any of these contempt hearings because the Court does not have jurisdiction to review contempt orders in a direct appeal.  Accordingly, Appellant's motion to supplement the record is DENIED.  Further, Appellant's request for another extension of time in which to file her brief is DENIED.  The Court hereby gives notice to Appellant of its intention to dismiss the appeal for want of prosecution because she has failed to timely file her brief.  All other relief requested in the motion is DENIED.

IT IS SO ORDERED this 15th day of November, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.